THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:  415/674-8600
Facsimile:   415/674-9900

Attorneys for Plaintiffs LES JANKEY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>TIA MARGARITA; TIA MARGARITA INC., a California corporation; TIA ASSOCIATES INCORPORATED, a California corporation;  and DOES 1-20, inclusive,<br><br>　　　　Defendants.<br>_____ | **CASE NO.  CV 06-6156 PJH**<br><br>**STIPULATION OF DISMISSAL** |

　　　　The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.

　　　　Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: January 18, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Thomas E. Frankovich
Attorneys for Plaintiffs LES JANKEY and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION SERVICES

Dated: January 16, 2008

WINSTON & STRAWN, LLP

By: /s/
Kathleen McConnell
Attorneys for Defendants TIA MARGARITA INC., and TIA ASSOCIATES

Dated: January 25, 2008

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA